STATE OF CONNECTICUT *v.* TYRONE ALLEN
(AC 22213)

Foti, West and McDonald, Js.

Argued October 28—officially released December 16, 2003

*Martin Zeldes*, senior assistant public defender, with whom were *Ruth D. Weissmann*, certified legal intern, and, on the brief, *Amy Dona*, certified legal intern, for the appellant (defendant).

*Frederick W. Fawcett*, supervisory assistant state's attorney, with whom, on the brief, were *Jonathan C. Benedict*, state's attorney, and *C. Robert Satti, Jr.*, senior assistant state's attorney, for the appellee (state).

*Opinion*

PER CURIAM. The defendant, Tyrone Allen, was convicted, following a jury trial, of carrying a pistol without a permit in violation of General Statutes § 29-35 (a). The defendant also was convicted, after a simultaneous trial to the court, of criminal possession of a pistol or revolver in violation of General Statutes § 53a-217c. On

appeal, the defendant claims that there was insufficient evidence to prove that the barrel of the firearm in question was less than twelve inches in length, a necessary element of the offenses.[1]

The state concedes, and we agree after examining the record, that there was insufficient evidence to sustain the conviction. See *State* v. *Gallichio*, 71 Conn. App. 179, 182, 800 A.2d 1261 (2002). Accordingly, we reverse the conviction.

The judgment is reversed and the case is remanded with direction to render judgment of not guilty.

---

[1] The defendant raised two additional claims that we do not address because the resolution of his first claim is dispositive of his appeal.